Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−25431
Chapter: 7
Judge: Jack B. Schmetterer

In Re:
　Vera Angion
　11930 S Princeton
　Chicago, IL 60628−6014

Social Security No.:
　xxx−xx−7390

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

219 South Dearborn, Courtroom 682, Chicago, IL 60604

on October 22, 2018 at 10:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: September 26, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Vera Angion
11930 S Princeton
Chicago, IL 60628−6014
SSN: xxx−xx−7390 EIN: N.A.

Case No. :   18−25431
Chapter :   7
Judge :   Jack B. Schmetterer

**FINAL NOTICE OF DEFICIENCY AND
HEARING ON DISMISSAL OF CASE**

   Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

   The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Statement of Financial Affairs (Form 107/207).**
· **Schedule A−B (Form 106A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D).**
· **Schedule E/F (Form 106E/F).**
· **Schedule G (Form 106G).**
· **Schedule H (Form 106H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**

   Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: September 26, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Vera Angion  
      Debtor

Case No. 18-25431-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dgomez     Page 1 of 1     Date Rcvd: Sep 26, 2018  
                      Form ID: ntchrgRq    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
```
db              Vera Angion,    11930 S Princeton,   Chicago, IL   60628-6014
27063916        Wells Fargo,    PO Box 660553,   Dallas, TX 75266-0553
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
27063895       +E-mail/Text: g17768@att.com Sep 27 2018 02:01:57      AT&T,    Bankruptcy Department,
                 PO Box 769,    Arlington TX 76004-0769
27063917        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2018 02:02:19      Avenue - Comenity Bank,
                 Bankruptcy Dept,    PO Box 18125,    Columbus, OH 43218-2125
27063921        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 01:57:56      Capital One,
                 POB 30285,    Salt Lake City UT 84130-0285
27063914        E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 01:58:14      Home Design,   Synchrony Bank,
                 PO Box 965061,    Orlando, FL 32896-5061
27063920       +E-mail/PDF: cbp@onemainfinancial.com Sep 27 2018 01:57:55      OneMain,    PO Box 1010,
                 Evansville, IN 47706-1010
27065172       +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 01:58:14      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
27063915        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2018 02:02:20      The Room Place,
                 Comenity Bank-Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
27063919        E-mail/Text: cbellamy@unitedcreditunion.com Sep 27 2018 02:03:57      United Credit Union,
                 4444 S. Pulaski Rd,    Chicago, IL 60632-4011
27063918        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2018 02:02:19      Woman Within,
                 Customer Service,    PO Box 182273,    Columbus, OH 43218-2273
                                                                                              TOTAL: 9
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
```
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2
```